No. 68750.—Ross Products, Inc. v. United States, protest 322070–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the items of merchandise consist of battery operated lanterns which contain as an essential feature an electrical element or device and that they are not illuminating articles, lighting fixtures, or lamps, the claim of the plaintiff was sustained.

No. 68751.—Stor-All Corp. et al. v. United States, protests 62/7576, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.

No. 68752.—Brechner Bros. v. United States, protest 64/5001 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.

No. 68753.—V. T. Mancusi v. United States, protest 63/17736 (New York).

Opinion by RAO, J. Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.